# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Accurate Background LLC,<br><br>　　　　　Defendant. | No. CV-21-01629-PHX-MTM<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's motion to proceed by pseudonym and for protective order. (Doc. 5.) When determining whether to allow a party to proceed by pseudonym, the court should weigh the party's need for anonymity against potential prejudice to the opposing party and the public's interest in knowing the party's identity. *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Here, the Court finds Plaintiff's need for anonymity outweighs the other factors at this early stage of the case, though this balance may change as the litigation process continues. *See id.* at 1069. Plaintiff's motion, however, fails to include a certification he conferred with Defendant. *See* Fed. R. Civ. P. 26(c)(1) ("The motion [for protective order] must include a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action."). The Court may revisit Plaintiff's motion when it includes the required certification.

　　　　**IT IS ORDERED** Plaintiff's motion to proceed by pseudonym and for protective order (Doc. 5) is **DENIED WITHOUT PREJUDICE**.

**IT IS FUTHER ORDERED** the Court will reconsider Plaintiff's request upon Plaintiff filing a compliant motion. *See* Fed. R. Civ. P. 26(c)(1).

Dated this 23rd day of September, 2021.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge