|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF ARIZONA |

| | |
|---|---|
| John Doe, | No. CV-21-01629-PHX-MTM |
| Plaintiff, | **ORDER** |
| v. | |
| Accurate Background LLC, | |
| Defendant. | |

Before the Court is Plaintiff's renewed consent motion to proceed by pseudonym and for protective order. (Doc. 8.) The Court denied without prejudice Plaintiff's first motion because it did not include a required certification Plaintiff conferred with Defendant beforehand. (Doc. 6.) Plaintiff's renewed motion includes the certification, and Defendant consents to Plaintiff's request. (Doc. 8 at 9.) As the Court found in its previous Order, the Court finds Plaintiff's need for anonymity outweighs any potential prejudice to the opposing party and the public's interest in knowing the party's identity at this early stage of the case, though this balance may change as the litigation process continues. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068–69 (9th Cir. 2000).

Accordingly,

**IT IS ORDERED** Plaintiff's renewed consent motion to proceed by pseudonym and for protective order (doc. 8) is **GRANTED** as follows:

1. Plaintiff John Doe is granted leave to proceed in pseudonym;
2. All parties shall take all necessary actions to protect the identity of John Doe

from disclosure to the public, including but not limited to, redacting his name from publicly filed documents and using the pseudonym "John Doe" in all instances, including where redaction is not possible;

3. If redaction or substitution of the pseudonym is not possible in the public filing of documents or other papers, such public filing shall be made under seal in accordance with Fed. R. Civ. P. 5.2.

4. All Parties shall admonish party and non-party witnesses that they are obliged to maintain the true name of John Doe, as well as all other identifying information about him, as confidential.

5. The protections of this Order shall survive dismissal of this action, unless otherwise ordered by the Court.

Dated this 6th day of October, 2021.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge